# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **STEPHANIE GANTT, an individual,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: _____ |
| **ALBERTO DIAZ, III** | ) |
| **Defendant.** | ) |

## COMPLAINT

COMES NOW Plaintiff Stephanie Gantt and for the relief hereinafter sought, respectfully shows unto this Honorable Court as follows:

### I. PARTIES

1. The Plaintiff, Stephanie Gantt, is over the age of nineteen (19) years and a resident citizen of Montgomery in Montgomery County, Alabama.

2. The Defendant, Alberto Diaz, III, is over the age of nineteen (19) years and a resident of Rio Grande City, Texas.

### II. JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a)(1) because the Plaintiff and the Defendant are citizens of different states, and the

amount in controversy exceeds seventy-five thousand dollars ($75,000.00), excluding interests and costs.

4. The United States District Court for the Northern District of Alabama is the proper venue for this civil action pursuant to 28 U.S.C. § 1391 as the acts and omissions giving rise to this civil action occurred within this judicial district.

## COUNT I
### Negligence/Wantonness

5. Plaintiff Stephanie Gantt avers that on August 14, 2022, on a public highway, to-wit: Atlanta Highway and McLemore Drive in Montgomery County, Alabama, the Defendant, Alberto Diaz, III negligently or wantonly permitted, allowed, or caused a motor vehicle to collide with the vehicle occupied by Stephanie Gantt.

6. As a direct or proximate consequence of the negligence or wantonness of the Defendant, Plaintiff Stephanie Gantt was caused to suffer the following injuries and damages:

    (a) she was caused to suffer physical pain and mental anguish;

    (b) she was caused to seek medical treatment and was prevented from going about her normal activities;

    (c) she was permanently injured;

(d) she was caused to incur medical expenses to treat and cure her injuries;

(e) she was caused to lose wages both past and future;

(f) her vehicle was rendered less valuable; and

(g) she was caused to be injured and damaged, all to her detriment.

7. Plaintiff avers that the negligent or wanton conduct of the Defendant directly or proximately caused the Plaintiff's injuries as herein above alleged.

WHEREFORE, Plaintiff hereby demands of the Defendant, jointly and severally, compensatory, and punitive damages in an amount in excess of the jurisdictional requirements of this Court, plus costs.

## **COUNT II**
### **Gross Negligence/Wantonness**

8. Plaintiff re-adopts and re-alleges the preceding paragraphs as if fully set forth herein.

9. Defendant Alberto Diaz, III knew or should have known that operating his motor vehicle in a manner contradictory to the understood rules of the road would cause an unsafe and unreasonably dangerous situation for himself and those around him, yet, despite such knowledge, Defendant, Alberto Diaz, III, operated his motor vehicle in such a way that put others in danger, thereby demonstrating wanton and reckless disregard for the health, welfare and safety of Plaintiff Stephanie Gantt.

10. Defendant's wantonness directly and proximately caused Plaintiff to suffer severe and permanent injuries and damages.

WHEREFORE, Plaintiff hereby demands of the Defendant compensatory and punitive damages in an amount in excess of the jurisdictional requirements of this Court, said amount to be determined by a struck jury, plus costs.

### V. JURY DEMAND

11. Plaintiff demands a trial by struck jury.

WHEREFORE, Plaintiff hereby demands of the Defendant compensatory and punitive damages in an amount in excess of the jurisdictional requirements of this Court, said amount to be determined by a struck jury, plus costs.

**FARRIS, RILEY & PITT, L.L.P.**

*/s/ Kirby D. Farris*
Attorney for the Plaintiff

*/s/ Jessica M. Zorn*
Attorney for the Plaintiff

**FARRIS, RILEY & PITT, LLP**
The Financial Center
505 20th Street N, Suite 1700
Birmingham, Alabama 35203
Tel: (205) 324-1212
Fax: (205) 324-1255
*kfarris@frplegal.com*
*jzorn@frplegal.com*