IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE GANTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-00126-RAH |
| | ) | |
| ALBERTO DIAZ, III, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinion, and orders of the Court, it is **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of the Plaintiff and against the Defendant.  The Defendant is liable to the Plaintiff for compensatory damages in the amount of $85,000.  Costs are taxed against the Defendant.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

**DONE** on this the 6th day of December 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1