IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE GANTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-00126-RAH |
| | ) |
| ALBERTO DIAZ, III, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' *Joint Stipulation of Dismissal* (doc. 25) filed on February 20, 2024, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action is **DISMISSED with prejudice** on the terms agreed to and set out by the parties. All pending deadlines are terminated.

**DONE** on this the 29th day of February 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE